[No. 72037-6-I.   Division One.   July 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER NOEL McDONALD, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 12-1-00959-4, Michael H. Evans, J., entered December 14, 2012. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ. Now published at 183 Wn. App. 272.

[No. 43937-9-II.   Division Two.   July 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROMAN MIKHAILOVICH FEDOROV, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-00053-2, Rosanne Buckner, J., entered August 31, 2012. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Melnick, J. Now published at 183 Wn. App. 736.

[No. 44186-1-II.   Division Two.   July 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID L. DARLING, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01562-7, Barbara D. Johnson, J., entered November 14, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Hunt and Lee, JJ.

[No. 44711-8-II.   Division Two.   July 29, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TERAL ANTHONY THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 12-1-01214-1, Christine Schaller, J., entered March 13, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Melnick, J.